

**NUMBER 13-09-00237-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ADRIAN RODRIGUEZ,**                                                   **Appellant,**

**v.**

**DODEKA L. L. C.,**                                                   **Appellee.**

---

**On appeal from County Court at Law No. 4
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on May 25, 2009. On July 7, 2009, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this

letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.  To date, no response has been received from appellant.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).


PER CURIAM

Memorandum Opinion delivered and
filed this 24th day of September, 2009.


2